IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE GROUP THERAPY SERVICES, INC. f/k/a REHABWORKS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SKYLINE MANOR, INC. d/b/a SKYLINE RETIREMENT COMMUNITY,<br><br>　　　　　　Defendant. | 8:12CV108<br><br><br>ORDER |

　　　The Court has been advised that the parties in this case have reached a settlement of their claims. Accordingly, IT IS ORDERED:

1. On or before November 26, 2012, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, with the Clerk of the Court, and provide a copy to the Magistrate Judge and to United States District Judge John M. Gerrard, the trial judge to whom this case is assigned, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket upon representation by the parties that the case has settled.

4. The Clerk of the Court shall set a dismissal papers deadline of November 26, 2012.

Dated this 26th day of October, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　United States District Judge