## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

REHABCARE GROUP EAST, INC.
d/b/a REHABCARE GROUP
THERAPY  SERVICES, INC. f/k/a
REHABWORKS, LLC,

                Plaintiff,

vs.

SKYLINE MANOR, INC. d/b/a
SKYLINE RETIREMENT
COMMUNITY,

                Defendant.

8:12CV108

JUDGMENT

This matter is before the Court on the parties' joint stipulation for dismissal (filing 21). The parties have agreed to dismiss the case without prejudice, each party to bear its own costs and attorney fees. The Court accepts the stipulation and the case will be dismissed without prejudice. Accordingly,

IT IS ORDERED:

1.     This action is dismissed without prejudice; and

2.     The parties shall bear their own costs and attorney fees.

Dated this 12th day of December, 2012.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
United States District Judge